# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY GLEN ADKINS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-10-0345-F |
| HECTOR LEDEZMA, Warden | ) ) ) |
| Respondent. | ) ) |

## ORDER

This action seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se*, and his pleadings are liberally construed.[1]

Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this matter on May 18, 2010, recommending that the petition be dismissed. (Doc. no. 7.) Petitioner objected to the magistrate judge's recommended findings and conclusions. (Doc. no. 8.) Accordingly, the court reviews the matter *de novo*.

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.

---

[1] Petitioner's response to the Report and Recommendation was prepared by the Paul E. Wilson Defender Project, University of Kansas School of Law.

Accordingly, the Report and Recommendation of Magistrate Judge Bacharach is **ADOPTED** and **AFFIRMED** in its entirety. The Petition for a Writ of Habeas Corpus is **DISMISSED**.

Dated this 8th day of June, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0345p002.wpd